**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CIRIDELKIS CARABALLO FROMETA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1842-G** |
| **GANTT, Warden of Cimarron, et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

Petitioner Ciridelkis Caraballo Frometa, appearing pro se, filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition," Doc. No. 6) pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention by U.S. Immigration and Customs Enforcement. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On August 5, 2026, the magistrate judge directed Petitioner to either pay the $5.00 filing fee or submit a proper application to proceed *in forma pauperis* no later than August 19, 2026. *See* Order of July 29, 2026 (Doc. No. 5). On August 31, 2026, because the record reflected that Petitioner had failed to comply, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 7) recommending that the Petition be dismissed without prejudice. *See id.* at 1-3.

Although not added to the case record until a later date due to a docketing error, Petitioner had filed an Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 9) on August 17, 2026, prior to the issuance of the R. & R. On September 8, 2026, Petitioner

filed a combined Second Application to Proceed *In Forma Pauperis* and Objection to the R. & R. ("Pet'r's Obj.," Doc. No. 8). In his Objection, Petitioner notes that he did submit an application to attempt to cure the cited deficiency. *See id.* at 1.

Neither of Petitioner's requests to proceed without prepayment of the filing fee was submitted on the form approved by this Court, and neither request provides the equivalent information required by the form. *See id.*; Pet'r's Appl.; *see also* LCvR 3.3(a); 28 U.S.C. § 1915(a). The undersigned nevertheless finds that Petitioner's two requests to proceed *in forma pauperis* constitute a good-faith attempt to comply with the Court's orders. The Court therefore will re-refer this action for further consideration.

CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 7) is ADOPTED. The Court DECLINES to dismiss the action at this time.

Within fourteen (14) days of the date of this Order, Petitioner must either pay the required $5.00 filing fee or submit an amended application for leave to proceed *in forma pauperis*. The Clerk of Court is directed to mail an *in forma pauperis* application form to Petitioner along with this Order.

This matter is re-referred to Judge Stephens for further proceedings consistent with the initial order of referral.

IT IS SO ORDERED this 23rd day of September, 2026.

CHARLES B. GOODWIN
United States District Judge